# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2114 Disciplinary Docket No. 3 |
| | : | |
| | : | No. 96 DB 2014 |
| WAYNE S. STANDER | : | |
| | : | Attorney Registration No. 31698 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Berks County) |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of March, 2016, on certification by the Disciplinary Board that Wayne S. Stander, who was suspended for a period of one year, has filed a verified statement showing compliance with the Order of Suspension and Pa.R.D.E. 217, and there being no other outstanding order of suspension or disbarment, Wayne S. Stander shall hereby resume inactive status.

    Justice Eakin did not participate in the consideration or decision of this matter.